[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10285
Non-Argument Calendar
_____

D.C. Docket No. 2:10-cr-00156-AKK-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFTON LAMAR DODD,
a.k.a. Cliff Dodd,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(April 1, 2013)

Before HULL, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Gregory Reid, appointed counsel for Clifton Dodd in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dodd's convictions and sentences are **AFFIRMED**.